UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAROLD ALLEN, et al.,

               Plaintiffs,

                               Case No.  07-11706

vs.

                               HON.  GEORGE CARAM STEEH

SEARS ROEBUCK AND CO., et al.,

               Defendants.

_____/

ORDER GRANTING PLAINTIFFS' MOTION TO
CONDITIONALLY CERTIFY A COLLECTIVE ACTION [DOC. 84]

      This matter has come before the court on plaintiffs motion to conditionally certify a collective action under the ADEA.  The court heard oral argument by the parties on March 30, 2009.  Now, therefore, for the reasons stated on the record,

      IT IS HEREBY ORDERED that plaintiffs' motion to conditionally certify a collective action is GRANTED.  The parties are given 20 days to stipulate to an opt-in notice, otherwise they may submit competing notices, with argument in support, for the Court to resolve.

      It is so ordered.

Dated:  April 15, 2009

                                S/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 15, 2009, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk