UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAROLD ALLEN, et al.,

        Plaintiffs,

                                            Case No.  07-11706

vs.

                                            HON.  GEORGE CARAM STEEH

SEARS ROEBUCK AND CO., et al.,

        Defendants.

_____/

ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE
TESTIMONY AND OPINIONS OF NITIN PARANJPE, PH.D. [DOC. 218]

      This matter is before the court on defendants', Sears, Roebuck and Co., Sears Home Improvement Products, Inc. and Sears Holdings Corporation, motion to exclude testimony and opinions of Nitin Paranjpe, Ph.D.  Plaintiffs proffer the testimony of Dr. Paranjpe to support their claim of disparate impact age discrimination.  By way of separate order, the court has granted defendants' motion for summary judgment as to disparate impact.  The court has found that Dr. Paranjpe's testimony as a statistical expert fails to satisfy plaintiffs' burden to establish adequate causation evidence for submission to the jury.  As such, defendants' motion to exclude is DENIED as moot.

Dated:  March 10, 2011

                                            S/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 10, 2011, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk